IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  MARK ERIC BAILEY,   : Chapter 13
A/K/A MARK BAILEY, A/K/A   : Case No.  16-10825
MARK E. BAILEY,   DEBTOR   :

**CERTIFICATE OF SERVICE**

I, John A. DiGiamberardino, Esquire, attorney for Debtor, certify that I served a true and correct copy of the Debtor's First Amended Chapter 13 Plan filed August 8, 2016 upon the following by electronic means on August 8, 2016:

JOSHUA ISAAC GOLDMAN on behalf of Creditor HSBC Bank USA et al...
bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

WILLIAM C. MILLER at ecfemails@ph13trustee.com, philaecf@gmail.com

CHRISTOPHER R. MOMJIAN on behalf of Creditor Commonwealth of PA, Dept of Revenue
crmomjian@attorneygeneral.gov

VIRGINIA R. POWEL on behalf of Creditor United States of America on Behalf of IRS
virginia.powel@usdoj.gov, mardella.suarez@usdoj.gov

ANTHONY ST. JOSEPH on behalf of Creditor United States of America on Behalf of IRS
anthony.stjoseph@usdoj.gov

United States Trustee at USTPRegion03.PH.ECF@usdoj.gov

and upon the following at the address listed below, by first class mail, on August 10, 2016:

Mark Bailey
942 Highmeadow Court
Lancaster PA  17601

Sarah K. McCaffery, Esquire
Shapiro & DeNardo, LLC
3600 Horizon Drive, Ste. 150
King of Prussia, PA 19406

Lancaster County Tax Collection Bur.
1845 William Penn Way
Lancaster PA 17601

Anthony St. Joseph, AUSA
U.S. Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106                    **CASE & DIGIAMBERARDINO, P.C.**
                                By:    s/John A. DiGiamberardino, Esquire