# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
:
: Chapter 13
:
Mark Eric Bailey,           :   Bankruptcy No. 16-10825- ELF
:
Debtor   :
:
_____

**WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF COURT:

    Kindly withdraw my appearance on behalf of United States of America and Internal Revenue Service in this case.

Virginia R. Powel, Assistant United States Attorney
U.S. Attorney's Office for the Eastern District of Pennsylvania
615 Chestnut Street
Suite 1250
Philadelphia, PA  19106

Respectfully submitted,

ZANE DAVID MEMEGER
United States Attorney

/s/ Virginia R. Powel
Dated: August 31, 2016

Virginia R. Powel
Assistant United States Attorney
United States Attorney's Office
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Phone: 215-861-8263
Fax:      215-861-8618
virginia.powel@usdoj.gov

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

Mark Eric Bailey,

          Debtor

_____

: Chapter 13

: Bankruptcy No. 16-10825- ELF

**CERTIFICATE OF SERVICE**

I, Virginia R. Powel, hereby certify that the Withdrawal of Appearance has been filed electronically on August 31, 2016, and is available for viewing and downloading from the Court's Electric Case Filing System.

         John A. Digiamberardino
         Case & Digiamberardino, P.C.
         845 North park Road, Suite 101
         Wyomissing, PA 19610
         *(Attorney for Debtor)*

         /s/ Virginia R. Powel
         Virginia R. Powel
         Assistant United States Attorney