IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Mark E. Bailey   : Chapter 13
    debtor     : Case No. 16-10825

**PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION
OBLIGATIONS IN ACCORDANCE WITH
11 U.S.C. SECTIONS 1325(a)(6), 1325(a)(8) and (a)(9)**

   Mark E. Bailey _____, upon my oath according to law,
hereby certify as follows in connection with the confirmation hearing scheduled for
_____9/13/16_____, in the above-referenced case:

  1.  The above-named debtor(s) will be able to make all payments under the plan and
to comply with the plan.

  2.  The above-named debtor(s) has/have paid all post-petition amounts that are
required to be paid under any and all Domestic Support Obligations.

  3.  The above-named debtor(s) has/have filed all applicable Federal, State, and local
tax returns, as required by 11 U.S.C. Section 1308.

  4.  If the confirmation hearing date stated above is adjourned for any reason, and the
information herein changes, an updated Certification will be provided to the Standing Trustee
prior to any subsequent confirmation hearing date.

  5.  If this Certification is being signed by counsel of debtor(s), counsel certifies that
debtor(s) was/were duly questioned about the statements in this Certification and supplied
answers consistent with this Certification.

Dated: ___4/13/16___     By: X _Mark Eric Bailey_

Dated: _____     By: _____