## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Mark Bailey<br>               Debtor<br><br>HSBC Bank USA, National Association as Trustee for Ellington Loan Acquisition Trust 2007-2, Mortgage Pass-Through Certificates, Series 2007-2, its successors and/or assigns<br>               Moving Party<br>     vs.<br><br>Mark Bailey<br>               Debtor<br><br>William C. Miller Esq.<br>               Trustee | CHAPTER 13<br><br><br><br><br><br>NO. 16-10825 ELF<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of HSBC Bank USA, National Association as Trustee for Ellington Loan Acquisition Trust 2007-2, Mortgage Pass-Through Certificates, Series 2007-2, which was filed with the Court on or about **July 25, 2016**.

                                                                              Respectfully submitted,

                                                                              **/s/ Joshua I. Goldman, Esquire**
                                                                              Joshua I. Goldman, Esquire
                                                                              Attorneys for Movant/Applicant
                                                                              KML Law Group, P.C.
                                                                              Main Number: (215) 627-1322

September 12, 2016