IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| MARK ERIC BAILEY, | : | Bankruptcy No. 16-10825 ELF |
| Debtor. | : | |
| | : | Confirmation Hearing: September 13, 2016 at 1:00 PM, Courtroom #1 |

## PRAECIPE TO WITHDRAW IRS' OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

THE UNITED STATES OF AMERICA, on behalf of its agent, the United States Internal Revenue Service ("the IRS"), withdraws its Objection to Confirmation filed with the Court on May 23, 2016.

Respectfully submitted,

ZANE DAVID MEMEGER
United States Attorney


Sincerely,

ZANE DAVID MEMEGER
United States Attorney


 /s/ Anthony St. Joseph
ANTHONY ST. JOSEPH
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
(215) 861-8267 [phone]
(215) 861-8618 [fax]
*Anthony.stjoseph@usdoj.gov*

Dated: September 12, 2016

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of September, 2016, I caused to be served a true and correct copy of the foregoing Praecipe to Withdraw Objection to Confirmation of Chapter 13 Plan via the Bankruptcy Court's Electronic Case Filing (CM/ECF) system upon the following:

John A. DiGiamberardino, Esq.
Case and DiGiamberardino, P.C.
845 N. Park Rd., Suite 101
Wyomissing, PA 19610
*Counsel for Debtor Mark Eric Bailey*

William C. Miller
Chapter 13 Trustee
111 South Independence Mall, Suite 583
Philadelphia, PA 19106

U.S. Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107


 /s/ Anthony St. Joseph
ANTHONY ST. JOSEPH
Assistant United States Attorney
*Attorney for the IRS*