IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  MARK ERIC BAILEY, | : Chapter 13 |
| A/K/A MARK BAILEY, A/K/A | : Case No.  16-10825 |
| MARK E. BAILEY, | : |
| DEBTOR | : |

# **ORDER**

AND NOW, upon consideration of the Application for Allowance of Compensation of John A. DiGiamberardino, Esquire, pursuant to Section 330 of the United States Bankruptcy Code, it is Ordered that the aforesaid application for counsel fees **GRANTED**.  Compensation of **$2,910.10** and reimbursement of expenses of **$89.90** are **ALLOWED**.

Date:  11/21/16

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**