United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-10825-elf
Mark Eric Bailey                                                        Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 1    Date Rcvd: Nov 21, 2016
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2016.
db              +Mark Eric Bailey,    942 Highmeadow Court,    Lancaster, PA 17601-7103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2016                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2016 at the address(es) listed below:
      ANTHONY ST. JOSEPH    on behalf of Creditor    United States of America on Behalf of IRS
        anthony.stjoseph@usdoj.gov, mardella.suarez@usdoj.gov
      CHRISTOPHER R. MOMJIAN    on behalf of Creditor   Commonwealth of PA, Dept of Revenue
        crmomjian@attorneygeneral.gov
      JOHN A. DIGIAMBERARDINO    on behalf of Debtor Mark Eric Bailey jad@cdllawoffice.com,
        dmk@cdllawoffice.com,reb@cdllawoffice.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    HSBC Bank USA et al... bkgroup@kmllawgroup.com,
        bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
      WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
        philaecf@gmail.com
                                                                                       TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  MARK ERIC BAILEY, | : Chapter 13 |
| A/K/A MARK BAILEY, A/K/A | : Case No.  16-10825 |
| MARK E. BAILEY, | : |
| DEBTOR | : |

## ORDER

AND NOW, upon consideration of the Application for Allowance of Compensation of John A. DiGiamberardino, Esquire, pursuant to Section 330 of the United States Bankruptcy Code, it is Ordered that the aforesaid application for counsel fees **GRANTED**.  Compensation of **$2,910.10** and reimbursement of expenses of **$89.90** are **ALLOWED**.

Date:  11/21/16

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**