# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-10825-ELF

MARK ERIC BAILEY

942 HIGHMEADOW COURT

LANCASTER, PA 17601-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

MARK ERIC BAILEY

942 HIGHMEADOW COURT

LANCASTER, PA 17601-

Counsel for debtor(s), by electronic notice only.

JOHN A DIGIAMBERARDINO
CASE, DIGIAMBERARDINO, & LUTZ PC
845 N PARK RD, SUITE 101
WYOMISSING, PA 19610-

Date: 9/15/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee