IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  MARK ERIC BAILEY, A/K/A MARK BAILEY, A/K/A MARK E. BAILEY, | : Chapter 13 <br> : Case No.  16-10825 <br> : |
| DEBTOR | : |

**PRAECIPE TO WITHDRAW SUPPLEMENTAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly withdraw Supplemental Application for Allowance of Compensation and Reimbursement of Expenses filed to docket #68.

Dated:  9/23/2020                                           **Case & DiGiamberardino, P.C.**

        By:  s/John A. DiGiamberardino, Esquire
            845 North Park Road, Suite 101
            Wyomissing, PA  19610
            610-372-9900
            610-372-5469 fax
            jad@cdllawoffice.com
            Attorney ID #41268
            Attorney for Debtor