IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  MARK ERIC BAILEY, <br> A/K/A MARK BAILEY, A/K/A <br> MARK E. BAILEY, <br>             DEBTOR | : Chapter 13 <br> : Case No.  16-10825 <br> : <br> : |

**O R D E R**

AND NOW, upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's Certification of no Response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation and reimbursement of expenses are **ALLOWED** in favor of the Applicant in the amounts of **$1,200.00,  and $11.40** respectively.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant, as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed amounts set forth in ¶2, to the extent such distribution is authorized under the terms of the confirmed chapter 13 Plan.

Date: 10/9/20

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**