United States Bankruptcy Court

Eastern District of Pennsylvania

In re:   Case No. 16-10825-elf

Mark Eric Bailey   Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Randi | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 09, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Mark Eric Bailey, 942 Highmeadow Court, Lancaster, PA 17601-7103 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2020              Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW M. LUBIN | on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION, AS TRUSTEE alubin@milsteadlaw.com, bkecf@milsteadlaw.com |
| ANTHONY ST. JOSEPH | on behalf of Creditor United States of America on Behalf of IRS anthony.stjoseph@usdoj.gov mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of PA  Dept of Revenue crmomjian@attorneygeneral.gov |
| DENISE ELIZABETH CARLON | on behalf of Creditor HSBC Bank USA et al... bkgroup@kmllawgroup.com |
| JOHN A. DIGIAMBERARDINO | on behalf of Debtor Mark Eric Bailey jad@cdllawoffice.com  dmk@cdllawoffice.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: Randi | Page 2 of 2 |
| Date Rcvd: Oct 09, 2020 | Form ID: pdf900 | Total Noticed: 1 |

JOSHUA I. GOLDMAN
    on behalf of Creditor HSBC Bank USA et al... Josh.Goldman@padgettlawgroup.com  kevin.shatley@padgettlawgroup.com

KEVIN M. BUTTERY
    on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION, AS TRUSTEE cdigianantonio@rascrane.com

THOMAS I. PULEO
    on behalf of Creditor HSBC Bank USA et al... tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: MARK ERIC BAILEY,  : Chapter 13
A/K/A MARK BAILEY, A/K/A  : Case No. 16-10825
MARK E. BAILEY,  :
        DEBTOR  :

**O R D E R**

    **AND NOW**, upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's Certification of no Response,

    It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation and reimbursement of expenses are **ALLOWED** in favor of the Applicant in the amounts of **$1,200.00, and $11.40** respectively.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant, as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed amounts set forth in ¶2, to the extent such distribution is authorized under the terms of the confirmed chapter 13 Plan.

**Date:** 10/9/20

_____
    **ERIC L. FRANK**
    **U.S. BANKRUPTCY JUDGE**