### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Mark Eric Bailey aka Mark Bailey aka<br>    Mark E. Bailey,<br>        Debtor, | Chapter 13 |
| HSBC Bank USA, National Association as Trustee for Ellington Loan Acquisition Trust 2007-2, Mortgage Pass-Through Certificates, Series 2007-2,<br>        Movant, | Case No. 16-10825-elf<br><br>Related to Document No. 62<br><br>Hearing Date: December 15, 2020<br>Time: 9:30 a.m. |
| Mark Eric Bailey aka Mark Bailey aka Mark E. Bailey,<br>        Debtor / Respondent, | |
| and<br>William C. Miller, Esq.,<br>        Trustee / Respondent | |

### PRAECIPE TO WITHDRAW

NOW COMES, HSBC Bank USA, National Association as Trustee for Ellington Loan Acquisition Trust 2007-2, Mortgage Pass-Through Certificates, Series 2007-2, by and through the undersigned counsel, and hereby withdraws the Motion for Relief from Automatic Stay and Co-Debtor Stay with nonconcurrence and Notice of Self Scheduled Hearing with Objection Deadline (document number 62).  Said Motion is being withdrawn without prejudice.

                                                      Respectfully submitted,
                                                      MILSTEAD & ASSOCIATES, LLC

DATED:  December 14, 2020

                                                     /s/Andrew M. Lubin
                                                    Andrew M. Lubin, Esquire
                                                    alubin@milsteadlaw.com
                                                    Attorney ID No. 54297
                                                    1 E. Stow Road
                                                    Marlton, NJ 08053
                                                    (856) 482-1400
                                                    Attorneys for Movant

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Mark Eric Bailey aka Mark Bailey aka Mark E. Bailey,<br>        Debtor, | Bankruptcy No. 16-10825-elf<br>Chapter 13 |
| HSBC Bank USA, National Association as Trustee for Ellington Loan Acquisition Trust 2007-2, Mortgage Pass-Through Certificates, Series 2007-2,<br>        Movant,<br><br>Mark Eric Bailey aka Mark Bailey aka Mark E. Bailey,<br>        Debtor / Respondent,<br><br>and<br>William C. Miller, Esq.,<br>        Trustee / Respondent. | |

## **CERTIFICATION OF SERVICE**

Andrew M. Lubin, Esquire counsel for HSBC Bank USA, National Association as Trustee for Ellington Loan Acquisition Trust 2007-2, Mortgage Pass-Through Certificates, Series 2007-2, hereby certifies that a copy of the Praecipe to Withdraw Motion for Relief was served upon the following persons via electronic transmission or by regular first-class mail, postage pre-paid on December 14, 2020, addressed as follows:

| | |
|---|---|
| William C. Miller, Esq., Trustee<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105<br>*via electronic transmission and regular mail* | John A. Digiamberardino, Esquire<br>845 North Park Road<br>Suite 101<br>Wyomissing, PA 19610<br>*via electronic transmission and regular mail* |
| Mark Eric Bailey aka Mark E. Bailey<br>aka Mark E. Bailey<br>942 Highmeadow Court<br>Lancaster, PA 17601<br>*via regular mail* | Jennifer R. Balogh<br>942 Highmeadow Court<br>Lancaster, PA 17601<br>*via regular mail* |

        MILSTEAD & ASSOCIATES, LLC

DATED:  December 14, 2020        By:   /s/Andrew M. Lubin
        Andrew M. Lubin, Esquire
        Attorney ID No. 54297
        1 E. Stow Road
        Marlton, NJ 08053
        (856) 482-1400
        Attorneys for Movant