# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 16-10825-ELF

MARK ERIC BAILEY

942 HIGHMEADOW COURT

LANCASTER, PA 17601-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MARK ERIC BAILEY

    942 HIGHMEADOW COURT

    LANCASTER, PA 17601-

Counsel for debtor(s), by electronic notice only.

    JOHN A DIGIAMBERARDINO
    CASE, DIGIAMBERARDINO, & LUTZ PC
    845 N PARK RD, SUITE 101
    WYOMISSING, PA 19610-

Date: 6/14/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee