**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MARK ERIC BAILEY | Chapter 13 |
| Debtor | Bankruptcy No. 16-10825-ELF |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date: Aug. 24, 2021

Honorable Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOHN A DIGIAMBERARDINO
CASE, DIGIAMBERARDINO, & LUTZ PC
845 N PARK RD, SUITE 101
WYOMISSING, PA 19610-

Debtor:
MARK ERIC BAILEY

942 HIGHMEADOW COURT

LANCASTER, PA 17601-