IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  MARK ERIC BAILEY, | : Chapter 13 |
| A/K/A MARK BAILEY, A/K/A | : Case No.  16-10825 |
| MARK E. BAILEY, | : |
| DEBTOR | : |

**CERTIFICATE OF NO OPPOSITION**

    I, Stephen M. Otto, Esquire, attorney for debtor, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to the debtor's Motion to Reconsider Dismissal of Case and the debtor requests that the court grant the debtor's Motion, without hearing, as the Motion is uncontested.

Date:  10/1/21

    Law Office of Stephen M. Otto, LLC
    /s/ Stephen M. Otto, Esquire
    Attorney I.D. 82463
    833 N. Park Rd., Ste. 206
    Wyomissing, PA  19610
    484-220-0481
    steve@sottolaw.com