IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  MARK ERIC BAILEY, | : Chapter 13 |
| A/K/A MARK BAILEY, A/K/A | : Case No.  16-10825 |
| MARK E. BAILEY, | : |
| DEBTOR | : |

**PRAECIPE TO WITHDRAW MOTION**

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly withdraw Debtor's Motion to Reconsider Dismissal Order.

Law Office of Stephen M. Otto, LLC
/s/ Stephen M. Otto, Esquire
Attorney I.D. 82463
833 N. Park Rd., Ste. 102
Wyomissing, PA  19610
484-220-0481
steve@sottolaw.com